# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

### No. 201700118

———————————————

### UNITED STATES OF AMERICA
Appellee

v.

### ISACK T. RWEBYOGO
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Keith A. Parrella, USMC.
Convening Authority: Commanding Officer, Headquarters Battalion, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Winston G. McMillan, USMC.
For Appellant: Captain W. Scott Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 June 2017

———————————————

Before GLASER-ALLEN, FULTON, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court